BLAIR M. JACOBS (*pro hac vice* admission to be filed)
bjacobs@mckoolsmith.com
CHRISTINA A. ONDRICK (*pro hac vice* admission to be filed)
condrick@mckoolsmith.com
JOHN S. HOLLEY (*pro hac vice* admission to be filed)
jholley@mckoolsmith.com
McKool Smith, P.C.
1999 K Street NW, Suite 600
Washington, DC 20006
T: 202.370.8300
F: 202.370.8344

ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
T: 213.694.1200
F: 213.694.1234

Attorneys for Plaintiff
AUTONOMOUS DEVICES, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTONOMOUS DEVICES, LLC, | Case No. 5:23-mc-80343 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| TESLA, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the Plaintiff's Motion to Compel, Declaration, Exhibits 1-14 and Proposed Order (Dkt No. 1); Consent to Proceed before a U.S. Magistrate Judge (Dkt. No. 3); and Order regarding Service and Setting Briefing Schedule (Dkt. No. 4) to be served on January 2, 2024 upon the following via Electronic Mail:

AUTONOMOUS DEVICES'
CERTIFICATE OF SERVICE

| | |
|---|---|
| Susan E. Morrison<br>Grayson P. Sundermeir<br>FISH & RICHARDSON, P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-5070<br>morrison@fr.com<br>sundermeir@fr.com<br><br>Daniel R. Gopenko<br>Ruffin B. Cordell<br>FISH & RICHARDSON, P.C.<br>1000 Maine Avenue, SW<br>Washington, DC 20024<br>(202) 783-5070<br>gopenko@fr.com<br>cordell@fr.com<br><br>Matthew Colvin<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>(214) 747-5070<br>colvin@fr.com | Aamir A. Kazi<br>Ashley A. Bolt<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street, NE, 21st Floor<br>Atlanta, GA 30309<br>(404) 892-5005<br>kazi@fr.com<br>bolt@fr.com<br><br>*Attorneys for Tesla, Inc. and Andrej Karpathy*<br><br>Warrington Parker<br>CROWELL & MORING LLP<br>3 Embarcadero Center 26th Floor<br>San Francisco, CA 94111<br>(415) 365-7234<br>wparker@crowell.com<br><br><br>*Attorney for Andrej Karpathy* |

By:   */s/ Alan P. Block*
BLAIR M. JACOBS
(*pro hac vice* admission to be filed)
bjacobs@mckoolsmith.com
CHRISTINA A. ONDRICK
(*pro hac vice* admission to be filed)
condrick@mckoolsmith.com
JOHN S. HOLLEY
(*pro hac vice* admission to be filed)
jholley@mckoolsmith.com
McKool Smith, P.C.
1999 K Street NW, Suite 600
Washington, DC 20006
T: 202.370.8300
F: 202.370.8344

ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071

- 2 -

AUTONOMOUS DEVICES'
CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | T: 213.694.1200 |
| 2 | F: 213.694.1234 |
| 3 | Attorneys for Plaintiff<br>AUTONOMOUS DEVICES, LLC |

- 3 -

AUTONOMOUS DEVICES'
CERTIFICATE OF SERVICE